1  ROBERT MANN, CSB 48293
   DONALD W. COOK, CSB 116666
2  ATTORNEYS AT LAW
   3435 Wilshire Blvd., Suite 2900
3  Los Angeles, CA 90010
   (213) 252-9444; (213) 252-0091 facsimile
4
   CYNTHIA ANDERSON-BARKER, SBN 175764
5  ATTORNEY AT LAW
   3435 Wilshire Blvd., Suite 2900
6  Los Angeles, CA 90010
   (213) 381-3246
7
   Attorneys for Plaintiff
8

FILED
CLERK, U.S. DISTRICT COURT
JUN - 5 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LODGED
CLERK, U.S. DISTRICT COURT
JUN - 5 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| RICARDO RIVERA REYES, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF GLENDALE, GLENDALE POLICE DEPARTMENT, COUNTY OF LOS ANGELES, LOS ANGELES SHERIFF'S DEPARTMENT, CITY OF MADERA, MADERA POLICE DEPARTMENT, COUNTY OF MADERA, M. GONZALEZ (#07569), and DOES 1 through 10, <br><br> Defendants. | Case No. CV05-0253 GPS (MANx) <br><br> **PLAINTIFF'S NOTICE OF MOTION TO COMPEL FURTHER RESPONSES TO REQUEST FOR PRODUCTION; REQUEST FOR SANCTIONS** <br><br> Date: 6/26/07 <br> Time: 10:00 a.m. <br> Crtrm: 580 (Roybal) <br><br> DCO: 6/29/07 <br> Pretrial: 9/3/07 <br> Trial: 10/9/07 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 26, 2007, in the Courtroom of the Hon. Magistrate Judge Margaret A. Nagle, located at 255 East Temple Street, Los Angeles, California, at 10:00 a.m., or as soon thereafter as counsel may be heard, plaintiff will move the Court for an order compelling defendants County of Los Angeles and the Los Angeles Sheriff's Department to further respond without objections to plaintiff's request for

DOCKETED ON CM
JUN - 7 2007
BY _____ 005

-1-                                                                        00021379.WPD

production, set no. 4, request nos. 1 and 2.

PLEASE TAKE FURTHER NOTICE that at the above place and time plaintiff will move the Court for an order awarding plaintiff reasonable attorney fees in the amount of $7,537.50, payable to plaintiff by defendants County of Los Angeles, Los Angeles Sheriff's Department, and their attorneys Franscell, Strickland, Roberts & Lawrence.

The motion compelling production shall be pursuant F.R.Cv.Proc. 37(a)(2)(B), and the motion for reasonable fees shall be pursuant to F.R.Cv.Proc. 37(a)(4), and both shall be based upon this notice, the separately filed Local Rule 37-2.2 Stipulation, and the records and files of this case.

DATED: June 5, 2007

**ROBERT MANN**
**DONALD W. COOK**
Attorneys for Plaintiff

By _____
Donald W. Cook

-2-

00021379.WPD

PROOF OF SERVICE BY PERSONAL SERVICE

I am a resident of the county of Los Angeles; I am over the age of 18 and not a party to the within action; my business address is 3435 Wilshire Blvd., Suite 2900, Los Angeles, California.

On June 5, 2007, I served the within PLAINTIFF'S NOTICE OF MOTION TO COMPEL FURTHER RESPONSES TO REQUEST FOR PRODUCTION; <u>REQUEST FOR SANCTIONS</u> on the interested parties herein by placing true copy thereof enclosed in a sealed envelope addressed as follows:

Paul B. Beach
Scott E. Caron
Franscell, Strickland, Roberts & Lawrence
100 W. Broadway, Ste. 1200
Glendale, CA   91210

I caused such envelope to be hand delivered to the offices of the addressee on the above date.

I declare under penalty of perjury that the above is true and correct.

Executed on June 5, 2007, at Los Angeles, California.

_____
Donald W. Cook

-3-

00021379.WPD