| | |
|---|---|
| 1 | PAUL B. BEACH, State Bar No. 166265 |
| | pbeach@franscell.com |
| 2 | SCOTT CARON, State Bar No. 227871 |
| | scaron@franscell.com |
| 3 | LAWRENCE BEACH ALLEN & CHOI, PC |
| | A Professional Corporation |
| 4 | 100 West Broadway, Suite 1200 |
| | Glendale, CA 91210-1219 |
| 5 | Telephone No. (818) 545-1925 |
| | Facsimile No. (818) 545-1937 |
| 6 | |
| 7 | Attorneys for Defendants |
| | COUNTY OF LOS ANGELES and |
| | LOS ANGELES COUNTY SHERIFF'S DEPARTMENT |
| 8 | |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICARDO RIVERA REYES, an individual, | ) | Case No. CV 05-0253 CAS (MANx) |
| | ) | |
| Plaintiff, | ) | Honorable Christina A. Snyder |
| | ) | |
| vs. | ) | **JUDGMENT IN FAVOR OF DEFENDANTS COUNTY OF LOS ANGELES AND LOS ANGELES COUNTY SHERIFF'S DEPARTMENT** |
| CITY OF GLENDALE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

   On July 23, 2009 the Court entered an Order granting summary judgment in favor of Defendants COUNTY OF LOS ANGELES AND LOS ANGELES COUNTY SHERIFF'S DEPARTMENT and against Plaintiff RICARDO RIVERA REYES, dismissing all claims asserted by Plaintiff against Defendants COUNTY OF LOS ANGELES and LOS ANGELES COUNTY SHERIFF'S DEPARTMENT.

///

///

///

Accordingly, IT IS HEREBY ADJUDGED AND ORDERED that judgment shall be entered in favor of Defendants COUNTY OF LOS ANGELES and LOS ANGELES COUNTY SHERIFF'S DEPARTMENT and against Plaintiff RICARDO RIVERA REYES.  Defendants COUNTY OF LOS ANGELES and LOS ANGELES COUNTY SHERIFF'S DEPARTMENT shall be entitled to costs of suit incurred herein pursuant to Local Rule 54-1.

DATED:  August 10, 2009                    _____
                                           HONORABLE CHRISTINA A. SNYDER
                                           United States District Judge

Respectfully Submitted by:

LAWRENCE BEACH ALLEN & CHOI, PC

By_____/S/_____
        Scott E. Caron
Attorneys for Defendants
COUNTY OF LOS ANGELES and LOS ANGELES COUNTY SHERIFF'S DEPARTMENT